**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: TIMOTHY S. MORAN             §    Case No. 15-80956
       JESSICA C. MORAN             §
                                    §
            Debtor(s)               §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 04/09/2015.

2) The plan was confirmed on 06/19/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 01/04/2016, 03/04/2016, 09/01/2016, 12/16/2016.

5) The case was dismissed on 12/16/2016.

6) Number of months from filing or conversion to last payment: 20.

7) Number of months case was pending: 22.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,822.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 33,500.00 | |
| Less amount refunded to debtor(s) | $ 1,224.25 | |
| **NET RECEIPTS** | | $ 32,275.75 |

| Expenses of Administration: | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 2,701.06 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 2,444.12 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 5,145.18 |
| Attorney fees paid and disclosed by debtor(s): | $ 500.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| BENJAMIN / BRAND LLP | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 2,701.06 | 0.00 |
| CALIBER HOME LOANS, INC. | Con | 0.00 | 0.00 | 0.00 | 22,780.00 | 0.00 |
| CALIBER HOME LOANS, INC. | Sec | 10,977.54 | 17,327.50 | 17,327.50 | 0.00 | 0.00 |
| WELLS FARGO BANK, NA | Sec | 10,978.00 | 7,511.82 | 7,511.82 | 4,350.57 | 0.00 |
| ASSOCIATED RECEIVABLE | Uns | 391.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I, LLC | Uns | 470.00 | 493.93 | 493.93 | 0.00 | 0.00 |
| CAPITAL ACCOUNTS | Uns | 201.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 2,082.00 | 2,082.62 | 2,082.62 | 0.00 | 0.00 |
| CAPITAL ONE NA | Uns | 868.00 | NA | NA | 0.00 | 0.00 |
| CASA STORE | Uns | 1,270.50 | NA | NA | 0.00 | 0.00 |
| CITIBANK CORPORATE CARD | Uns | 5,400.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 0.00 | 640.60 | 640.60 | 0.00 | 0.00 |
| CREDIT MANAGEMENT CONTROL | Uns | 399.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 1,161.19 | 1,161.19 | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOCIATION | Uns | 287.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 50.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FIRST PREMIER BANK | Uns | 392.00 | NA | NA | 0.00 | 0.00 |
| GIEGER PSYCHIATRIC CARE LLC | Uns | 674.00 | NA | NA | 0.00 | 0.00 |
| HARLEM SCHOOL | Uns | 308.00 | NA | NA | 0.00 | 0.00 |
| HAUSER ROSS EYE INSTITUTE | Uns | 219.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE COMPANY | Uns | 2,267.00 | 1,121.97 | 1,121.97 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 526.00 | 526.41 | 526.41 | 0.00 | 0.00 |
| HSBC BANK | Uns | 464.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Uns | 1,161.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Uns | 577.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SERVICES | Uns | 1,529.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 786.58 | 1,750.35 | 1,750.35 | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 340.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS OF | Uns | 142.00 | NA | NA | 0.00 | 0.00 |
| ROCK VALLEY PERIODONTICS | Uns | 204.90 | NA | NA | 0.00 | 0.00 |
| ROCKFORD SURGICAL SRVC | Uns | 183.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA INC | Uns | 7,854.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MED GROUP | Uns | 457.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MED GROUP | Uns | 29.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MED GROUP | Uns | 457.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MED GROUP | Uns | 4,219.00 | NA | NA | 0.00 | 0.00 |
| TARGET NATIONAL BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION/ | Uns | 54,436.00 | 110,743.62 | 110,743.62 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 43,305.00 | 61,211.66 | 61,211.66 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 29,707.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 25,823.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MACHESNEY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 0.00 | 892.39 | 892.39 | 0.00 | 0.00 |
| LAW OFFICES OF CHARLES G | Uns | 0.00 | 2,204.55 | 2,204.55 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 22,780.00 | $ 0.00 |
| Mortgage Arrearage | $ 17,327.50 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 7,511.82 | $ 4,350.57 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 24,839.32 | $ 27,130.57 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 182,829.29 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 5,145.18 |
| Disbursements to Creditors | $ 27,130.57 |
| **TOTAL DISBURSEMENTS:** | $ 32,275.75 |

UST Form 101-13-FR-S (9/1/2009)

   12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  02/23/2017    By:  /s/ Lydia S. Meyer
                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)